FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEANNE PARENT, an individual;<br><br>          Plaintiff,<br><br>vs.<br><br>ROCKY'S BAR + GRILL, LLC; TH TAVERN 2 LLC; PAYROLL SYSTEMS OF NEVADA d/b/a and a/k/a MANAGEDPAY; DOES I through X; and ROE Corporations XI through XX, inclusive<br><br>          Defendants. | Case No: 2:22-cv-01909-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MANAGEDPAY TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant ManagedPay will have an extension of time up to and including January 23, 2023 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defense counsel is still investigating the facts of this matter and the requested extension date is the same that exists for Defendant, Rocky's Bar + Grill, LLC pursuant to a Waiver of Service of Summons (ECF No. 6).  This is the first

1 | request for an extension of this deadline.

| GABROY MESSER | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kaine Messer, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| Christian Gabroy, Esq. | Scott M. Mahoney, Esq. |
| Kaine Messer, Esq. | 300 S. Fourth Street, Suite 1500 |
| 170 S. Green Valley Pkwy, Suite 280 | Las Vegas, Nevada 89101 |
| Henderson, Nevada 89012 | Attorney for Defendants, |
| Attorneys for Plaintiff | Rocky's and ManagedPay |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: November 29, 2022

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101