FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE PARENT, an individual; | Case No: 2:22-cv-01909-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MANAGEDPAY TO RESPOND TO COMPLAINT** |
| vs. | |
| ROCKY'S BAR + GRILL, LLC; TH TAVERN 2 LLC; PAYROLL SYSTEMS OF NEVADA d/b/a and a/k/a MANAGEDPAY; DOES I through X; and ROE Corporations XI through XX, inclusive | **(Second Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant ManagedPay will have an extension of time up to and including February 10, 2023 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  The parties' counsel are still having discussions which may

/ / /

/ / /

/ / /

/ / /

/ / /

FP 46143222.1

- 1 -

1  result in the resolution of this matter as to ManagedPay.  This is the second request for

2  an extension of this deadline.

3        Dated this 23rd day of January, 2023.

4  GABROY MESSER            FISHER & PHILLIPS LLP

6  By: /s/ Kaine Messer, Esq.        By: /s/ Scott M. Mahoney, Esq.
   Christian Gabroy, Esq.             Scott M. Mahoney, Esq.
7  Kaine Messer, Esq.                300 S. Fourth Street, Suite 1500
   170 S. Green Valley Pkwy, Suite 280    Las Vegas, Nevada 89101
8  Henderson, Nevada 89012          Attorney for Defendants,
   Attorneys for Plaintiff                Rocky's and ManagedPay

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: January 24, 2023

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 46143222.1

- 2 -