FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants Rocky's and ManagedPay

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE PARENT, an individual;<br><br>                Plaintiff,<br><br>       vs.<br><br>ROCKY'S BAR + GRILL, LLC; TH TAVERN 2 LLC; PAYROLL SYSTEMS OF NEVADA d/b/a and a/k/a MANAGEDPAY; DOES I through X; and ROE Corporations XI through XX, inclusive<br><br>                Defendants. | Case No: 2:22-cv-01909-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO MANAGEDPAY ONLY** |

IT IS HEREBY STIPULATED AND AGREED that the Complaint as to ManagedPay only be dismissed without prejudice, with each party to bear their own

1  costs and attorney's fees.

2  GABROY MESSER                                    FISHER & PHILLIPS LLP

4  By: /s/ Kaine Messer, Esq.                      By: /s/ Scott M. Mahoney, Esq.
   Christian Gabroy, Esq.                           Scott M. Mahoney, Esq.
5  Kaine Messer, Esq.                               300 S. Fourth Street, Suite 1500
   170 S. Green Valley Pkwy, Suite 280              Las Vegas, Nevada 89101
6  Henderson, Nevada 89012                          Attorney for Defendants,
   Attorneys for Plaintiff                          Rocky's and ManagedPay

                        IT IS SO ORDERED:

   _____
   RICHARD E. BOULWARE, II
   United States District Court
   DATED this 22nd day of February, 2023.