FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, Rocky's

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE PARENT, an individual; | Case No: 2:22-cv-01909-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| ROCKY'S BAR + GRILL, LLC; TH TAVERN 2 LLC; PAYROLL SYSTEMS OF NEVADA d/b/a and a/k/a MANAGEDPAY; DOES I through X; and ROE Corporations XI through XX, inclusive | |
| Defendants. | |

It IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

GABROY MESSER

By: /s/ Christian Gabroy, Esq.
Christian Gabroy, Esq.
Kaine Messer, Esq.
170 S. Green Valley Pkwy, Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendant,
Rocky's

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  23rd day of May, 2023.

FP 47172875.1